UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAND-WHITNEY CONTAINERBOARD LIMITED PARTNERSHIP : : : v. : : TOWN OF MONTVILLE and TOWN OF MONTVILLE WATER POLLUTION AUTHORITY : : : | CIV. NO. 3:96CV413(HBF) |

## ORDER RELEASING APPEAL BOND

Before the Court is the Agreed Motion of the Plaintiff and Defendants to Discharge the Appeal Bond Number 104983937 ("Appeal Bond") posted by The Travelers Casualty and Surety Company of America, as Surety, in the amount of Sixteen Million and 00/100 United States Dollars ($16,000,000) at the request of Town of Montville and Town of Montville Water Pollution Authority, as Principals. The full amount owed to Rand-Whitney Containerboard Limited Partnership has been remitted and the judgment satisfied; therefore, the Appeal Bond is no longer required and should be discharged and The Travelers Casualty and Surety Company of America and its parents, affiliates and subsidiaries ("Travelers") released from any and all liability. It is

ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by the Satisfaction of Judgment filed with the court, a copy of which is attached hereto, and therefore the Appeal Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and Travelers hereby released from any and all past, present and future liability arising under or in connection with the issuance of the Appeal Bond.

IT IS FURTHER ORDERED that the Clerk of the Court forthwith release the Appeal Bond filed with this court to Dina S. Fisher, Esq., for immediate return to Travelers.

SO ORDERED, at Bridgeport, Connecticut this 5th day of December, 2008.

\_\_\_\_\_/S/_____
Holly B. Fitzsimmons
United States Magistrate Judge